MALVINA GLUCK v. HERMAN LONDON.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs.   Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

WALTER READE v. HARRY SHERMAN, as President of Local 306, etc.   SAMUEL M. BIRNBAUM and COPAL MINTZ.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.   Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

WLODZIMIERZ BILINSKI, as Administrator, etc., of WALTER WANGER, Also Known as WLADYSLAW WEIGER and WALTER WEGIER, v. TIDEWATER BUILDING CO., INC. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.   Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title for the Southerly Extension of Sixth Avenue, etc.   MADALENA VESCE. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs.   Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

CHARLES FAMOUS v. FRANK L. BURNS COAL COMPANY, INC.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act.   Present — Townley, Merrell, Glennon and Untermyer, JJ.

SIL-TURN CO., INC., v. LONDON GUARANTY & ACCIDENT COMPANY, LIMITED. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.   Present — Martin, P. J., Merrell, O'Malley and Untermyer, JJ.

ELIZABETH TIERNEY v. LEE LIFLAND.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs.   Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

JOHN R. DITMARS, JR., v. ADRIAN W. RENZ, Impleaded with MIDTOWN BANK OF NEW YORK.— Motion for reargument denied, with ten dollars costs.   Motion for a stay granted in so far as to stay execution of the judgment pending the determination of a motion to be made to this court for leave to appeal from the order of this court entered upon the 21st day of December, 1934, and from the judgment entered thereon, and in the event of denial of such motion, then until the granting or final refusal by the Court of Appeals of such leave to appeal, upon condition, however, that the security deposited with the chamberlain to stay execution meantime remain in force and effect and upon appellant's filing the undertaking provided for in section 593 of the Civil Practice Act.   Present — Townley, Merrell, Glennon and Untermyer, JJ.